CV 08-74

**FILED**

**JAN 11 2008**

AO 243 (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

Clerk, U.S. District and Bankruptcy Courts

| United States District Court | District | |
|---|---|---|
| Name of Movant<br>Roger Lathern | Prisoner No.<br>#06479-007 | Case No.<br>05-31 |
| Place of Confinement<br>FCI Williamsburg, P.O. Box 340, Salters, SC 29590 | Copies to: Judge<br>AUSA – Special Proceedings Dft. | |

UNITED STATES OF AMERICA   V.   Roger Lathern
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  United States District Court for District of Columbia

2. Date of judgment of conviction  November 16, 2005

3. Length of sentence  97 Months

4. Nature of offense involved (all counts)  Possession of Firearm by Convicted Felon

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐   No ☐   N/A

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)